EDWARDS v. PIPER (appellant). From Wilson. *F. A. Woodard* for plaintiff; *Connor & Connor* for defendant.

MEMORANDA OF CASES DISPOSED OF WITHOUT WRITTEN OPINIONS.

The court being evenly divided (CONNOR, J., not sitting) the judgment is affirmed.